FILED

2017 MAY 30 PM 3: 40

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DANIEL EDWARD NERSOYAN,<br>　aka "Dano," and<br>ARMEN BERBERYAN,<br><br>　　　　　Defendants. | CR No. 17-  17 CR 00325<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Heroin; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Heroin; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms] |

　　The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.　OBJECT OF THE CONSPIRACY

　　Beginning on a date unknown, and continuing until on or about October 29, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants DANIEL EDWARD NERSOYAN, also known as "Dano" ("NERSOYAN"), and ARMEN BERBERYAN ("BERBERYAN"), and others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and intentionally distribute heroin, a

Schedule I narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

B.  THE MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendant BERBERYAN would obtain heroin.

2. Defendant NERSOYAN would broker and arrange heroin sales with potential customers.

3. Defendant BERBERYAN would deliver heroin to customers in exchange for payment.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants NERSOYAN and BERBERYAN, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On or about October 29, 2016, defendant NERSOYAN met with a confidential informant ("CI") at NERSOYAN's office in Los Angeles, California, to engage in a heroin transaction in exchange for $2,200.

Overt Act No. 2:    On or about October 29, 2016, defendant NERSOYAN told defendant BERBERYAN to order heroin for the CI, and BERBERYAN called the supplier over the phone and ordered heroin.

Overt Act No. 3:    On or about October 29, 2016, defendant BERBERYAN drove the CI to the supplier's location in North Hollywood, California, and obtained heroin from the supplier, and then delivered approximately 45.49 grams of heroin to the CI in exchange for $2,200.

## COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about October 29, 2016, in Los Angeles County, within the Central District of California, defendants DANIEL EDWARD NERSOYAN, also known as "Dano," and ARMEN BERBERYAN knowingly and intentionally distributed heroin, a Schedule I narcotic drug controlled substance.

## COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 17, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL EDWARD NERSOYAN, also known as "Dano," knowingly and intentionally distributed heroin, a Schedule I narcotic drug controlled substance.

## COUNT FOUR

[18 U.S.C. § 922(g)(1)]

On or about March 20, 2017, in Los Angeles County, within the Central District of California, defendant DANIEL EDWARD NERSOYAN, also known as "Dano" ("NERSOYAN"), knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1. an AA Arms Model AP9, 9mm semiautomatic pistol, bearing serial number 021347;

2. an Intratec Model AB10, 9mm semiautomatic pistol, bearing serial number A013934;

3. an Intratec Model Tec 9, 9mm semiautomatic pistol, bearing serial number 117116;

4. a Sturm Ruger Model GP100, .357 caliber revolver, bearing serial number 177-11842; and

5. a Smith & Wesson Model 39, 9mm semiautomatic pistol, bearing serial number A216441.

Such possession occurred after defendant NERSOYAN had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, case number BA216382, on or about November 19, 2001;

2. Possession of a Driver's License to Commit Forgery, in violation of California Penal Code Section 470b, in the Superior Court for the State of California, County of Los Angeles, case number BA269273, on or about August 3, 2004; and

3. Creating False Checks, in violation of California Penal Code Section 470(d), in the Superior Court for the State of California, County of Los Angeles, case number BA270406, on or about September 17, 2004.

COUNT FIVE

[18 U.S.C. § 922(g)(1)]

On or about May 2, 2017, in Ventura County, within the Central District of California, defendant DANIEL EDWARD NERSOYAN, also known as "Dano" ("NERSOYAN"), knowingly possessed the following firearms, in and affecting interstate and foreign commerce:

1. an IMI Model Uzi A, 9mm semiautomatic pistol, bearing serial number SA09654;

2. a Heckler & Koch Model HK93, .223 caliber semiautomatic rifle, bearing serial number A121966;

3. a Norinco Model SKS, 7.62 x 39mm semiautomatic rifle, bearing serial number 7405218;

4. a Winchester Model 62A, .22 caliber pump action rifle, bearing serial number 335342; and

5. a Mossberg Model 500A, 12-gauge shotgun, bearing serial number J966144.

Such possession occurred after defendant NERSOYAN had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court for the State of California, County of Los Angeles, case number BA216382, on or about November 19, 2001;

2. Possession of a Driver's License to Commit Forgery, in violation of California Penal Code Section 470b, in the Superior Court for the State of California, County of Los Angeles, case number BA269273, on or about August 3, 2004; and

3. Creating False Checks, in violation of California Penal Code Section 470(d), in the Superior Court for the State of California, County of Los Angeles, case number BA270406, on or about September 17, 2004.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFF MITCHELL
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section

JENNIFER K. WEINHOLD
Assistant United States Attorney
Violent & Organized Crime Section