1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,     )   Case No. 2:17-CR-00325-GW

12 |                 Plaintiff,    )   ORDER OF DETENTION AFTER HEARING
                                   )   (Fed.R.Crim.P. 32.1(a)(6)
13 |           v.                  )       18 U.S.C. § 3143(a)
                                   )   Allegations of Violations of
14 | Armen Berberyan,             )   Probation/Supervised Release
                                   )              Conditions)
15 |                 Defendant.    )
   |_____)

16

       On arrest warrant issued by the United States District Court for

17 | the _____CDCA_____ involving alleged violations of

18 | conditions of probation/supervised release:

19 |       1.    The court finds that no condition or combination of

20 |             conditions will reasonably assure:

21 |             A.    ( ✓ ) the appearance of defendant as required; and/or

22 |             B.    ( ✓ ) the safety of any person or the community.

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28

2.    The Court concludes:

A.    (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on: _instant allegations - drug use ; criminal history_

B.    (✓)  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _noncompliance with court-ordered supervision conditions ; instant allegations_

IT IS ORDERED that defendant be detained.

DATED: _11/30/2022_

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge